**No. 10-9525. John Smith, Petitioner v. Arkansas.**

563 U.S. 980, 131 S. Ct. 2885, 179 L. Ed. 2d 1197, 2011 U.S. LEXIS 3534.

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2010 Ark. 473.